PETER C. ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4520 telephone
(213) 894-2603 facsimile
*Email: USTP.Region16@usdoj.gov*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No.: 2:21-bk-12546-ER |
| | ) |
| | ) Chapter 11 |
| HOPLITE ENTERTAINMENT, INC. | ) |
| | ) **NOTICE OF APPOINTMENT OF** |
| Debtor. | ) **SUBCHAPTER V TRUSTEE** |
| | ) |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee hereby appoints the following qualified individual as Subchapter V trustee in the above-captioned case:

Andy Levin

3946 Stone Canyon Ave.

Sherman Oaks, CA 91403

Email: awlevin@me.com

The trustee's verified statement of disinterest and anticipated rate of compensation is attached to this notice.

Dated: March 31, 2020

UNITED STATES TRUSTEE

Peter C. Anderson   *Digitally signed by Peter C. Anderson*
                    *Date: 2021.03.31 13:44:19 -07'00'*
Peter C. Anderson

# EXHIBIT 1

**Andrew W. Levin**
3946 Stone Canyon Ave.
Sherman Oaks, CA 91403
Telephone: (818) 817-6310
Email: andy@levindrs.com

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case Number: 2:21-bk-12546-ER |
| Hoplite Entertainment, Inc., | Chapter 11 |
| Debtor(s). | **VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE** |

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)  am not a creditor, equity security holder or insider of the debtor,

(b)  am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor, and

(c)  do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $350.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Pursuant to Federal Rule of Bankruptcy Procedure 2008, I hereby accept my appointment as Subchapter V trustee in this case.

DATED: March 31, 2021

Andrew Levin
Digitally signed by Andrew Levin
Date: 2021.03.31 14:16:28 -07'00'

Andrew W. Levin
Subchapter V trustee