FILED & ENTERED

MAR 31 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Hoplite Entertainment, Inc.<br><br>    Debtor. | Case No.: 2:21-bk-12546-ER<br><br>Chapter 11<br><br>**ORDER SCHEDULING INITIAL STATUS CONFERENCE PURSUANT TO 11 U.S.C. § 1188 (Subchapter V)**<br><br>Status Conference Date<br>Date:    **May 26, 2021**<br>Time:   10:00 a.m.<br>Place:   Ctrm. 1568<br>            Roybal Federal Building<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

　　　A petition for relief under chapter 11 of the United States Bankruptcy Code having been filed by the above referenced debtor (the "Debtor") on **March 26, 2021** and the Debtor having elected to proceed under Subchapter V on the same day, the Court **HEREBY ORDERS AS FOLLOWS:**

1) The case status conference to be convened under 11 U.S.C. § 1188(a) (the "Subchapter V Status Conference") shall be held on **May 26, 2021 at 10:00 a.m.** at the United States Bankruptcy Court for the Central District of California located at the Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012, Courtroom 1568.

2) By no later than **May 12, 2021,** the Debtor shall file and serve on the Court, the United States Trustee, the Subchapter V trustee, and all parties in interest, a report not exceeding 20 pages (the "Subchapter V Status Conference Report") that discusses the status of the plan of reorganization and includes the following information:

      i) A brief description of the Debtor's businesses and operations, if any, and the principal assets and liabilities of the estate;
      ii) Details on the efforts the Debtor has undertaken or intends to undertake to attain a consensual plan of reorganization;
      iii) A statement as to whether funds have been deposited with the Subchapter V trustee; and
      iv) Disclosure of any matters which may affect the administration of the estate under Subchapter V.

3) Any party in interest may file a response to the Subchapter V Status Conference Report by no later than **May 19, 2021**.

4) The Debtor shall file and serve a plan by no later than **June 28, 2021** which is 90 days from the order for relief under this chapter, unless the Court extends the filing deadline. The Court will not require the Debtor to file a separate disclosure statement, but any Plan filed must include a section which sets forth the information required under 11 U.S.C. § 1125(a).[1]

5) An order confirming the plan must be filed by no later than **September 30, 2021**[2]. The Court will fix additional dates and deadlines based on information presented at the Subchapter V Status Conference.

6) Except as provided in FRBP 3003(c)(3), proofs of claim or interest must be filed by no later than **June 2, 2021.**

7) At the request of any interested party or on its own motion, the Court may set a further Subchapter V Status Conference.

8) The Debtor, or if the Debtor is not an individual, a person designated to speak on behalf of the Debtor, shall appear and provide testimony under penalty of perjury at the Subchapter V Status Conference, or any further Subchapter V Status Conference, unless otherwise directed by the Court.

9) The Subchapter V trustee must appear at the Subchapter V Status Conference and report on the status of the case.

10) The failure to comply with this order may result in the conversion or dismissal of this case, or in other appropriate action by the Court, without further hearing or notice.

IT IS SO ORDERED.

---

[1] The Court may authorize the application of § 1125(a) in Subchapter V cases. *See* 11 U.S.C. § 1181(b).
[2] *See* Interim Rule 3017.2.

###

Date: March 31, 2021

Ernest M. Robles
United States Bankruptcy Judge