UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| IN RE: | CASE NO: 2:21-bk-12546-ER |
|---|---|
| HOPLITE ENTERTAINMENT, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 4/1/2021, I did cause a copy of the following documents, described below,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/1/2021

/s/ Kelly L. Morrison
Kelly L. Morrison   216155
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA  90017
213 894 6811

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>HOPLITE ENTERTAINMENT, INC | CASE NO: 2:21-bk-12546-ER<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 4/1/2021, a copy of the following documents, described below,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/1/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kelly L. Morrison
OFFICE OF THE UNITED STATES TRUSTEE
915 WILSHIRE BLVD., SUITE 1850
LOS ANGELES, CA  90017

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE OR NEF
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE RECEIVED PROPER NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
HOPLITE ENTERTAINMENT
506 N. CROFT AVENUE
LOS ANGELES CA 90048-2511

FIRST CLASS
HONORABLE ERNEST M. ROBLES
U.S. BANKRUPTCY COURT
255 E. TEMPLE ST. EDWARD R. ROYBAL BLDG.
LOS ANGELES CA 90012

# Trustee action:

[2:21-bk-12546-ER Hoplite Entertainment, Inc.](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: ER | Case Flag: Subchapter_V, PlnDue, Incomplete |

## U.S. Bankruptcy Court

## Central District of California

Notice of Electronic Filing

The following transaction was received from entered on 3/31/2021 at 2:30 PM PDT and filed on 3/31/2021
**Case Name:** Hoplite Entertainment, Inc.
**Case Number:** 2:21-bk-12546-ER
**Document Number:** 3

**Docket Text:**
Notice of Appointment of Trustee . Andrew W. Levin (TR) added to the case. Filed by U.S. Trustee United States Trustee (LA). (Morrison, Kelly)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** R:\Los Angeles\LAFO\Chapter11\Working Papers\Hoplite Entertainment Inc; 21-12546-ER\04 - Pleadings\Subchapter V appointment documents\EFILE Notice of Appointment.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=3/31/2021] [FileNumber=100096322
-0] [c9e37dd6c1a567b483572431d7525f267fc89fd01228d0dba126e3b1ea37a3355
0583bade26d0601f5471405479e263965e6494cdf2f631861ad9f7102b62555]]

**2:21-bk-12546-ER Notice will be electronically mailed to:**

Richard T Baum on behalf of Debtor Hoplite Entertainment, Inc.
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Andrew W. Levin (TR)
andy@levindrs.com, alevin@ecf.axosfs.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

**2:21-bk-12546-ER Notice will not be electronically mailed to:**