RICHARD T. BAUM
State Bar No. 80889
11500 West Olympic Boulevard
Suite 400
Los Angeles, California  90064-1525
Tel:     (310) 277-2040
Fax:    (310) 286-9525

[Proposed] Attorney for Debtor and
Debtor-in-Possession HOPLITE ENTERTAINMENT, INC.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>Debtor.<br>_____ | No.   2:21-bk-12546 ER<br>Chapter 11<br>**1.  STATEMENT OF RELATED CASES**<br>**2.  CORPORATE OWNERSHIP STATEMENT**<br>**3.  CORPORATE RESOLUTION AUTHORIZING FILING** |

Attached hereto are the Debtor's Statement of Related Cases, Corporate Ownership Statement and a copy of the Corporate Resolution Authorizing the Filing of this Bankruptcy Case.

DATED: April 1, 2021

/s/ Richard T. Baum
_____
RICHARD T. BAUM, [Proposed] Attorney for Debtor-in-Possession HOPLITE ENTERTAINMENT, INC.

**STATEMENT OF RELATED CASES; CORPORATE OWNERSHIP STATEMENT;
CORPORATE RESOLUTION AUTHORIZING FILING**

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Jonathan Lee Smith, debtor's principal, CD Cal. 2:21-12542 BR; filed 3-30-2021. Pending.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Jonathan Lee Smith, debtor's principal, CD Cal. 2:21-12542 BR; filed 3-30-2021. Pending.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Florida, USA , California

Date: 4/1/2021

_Signature of Debtor 1_

_Signature of Debtor 2_

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| RICHARD T. BAUM, State Bar No.  80889<br>11500 West Olympic Boulevard<br>Suite 400<br>Los Angeles, California  90064<br>310.277.2040 \| fax:  310.286.9525<br>rickbaum@hotmail.com<br><br>☒  *Attorney for:* Debtor HOPLITE ENTERTAINMENT | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HOPLITE ENTERTAINMENT, INC.<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-12546 ER<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  JONATHAN SMITH                                          , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.    ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    Jonathan Lee Smith
    Howard Ehrenberg, Chapter 7 Trustee for Jonathan Lee Smith, 2:21-bk-12542 BR

    [For additional names, attach an addendum to this form.]

  b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 04/01/2021

By: _____
Signature of Debtor, or attorney for Debtor

Name: JONATHAN LEE SMITH
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    F 1007-4.CORP.OWNERSHIP.STMT

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF DIRECTORS OF HOPLITE ENTERTAINMENT, INC.

The undersigned, being the directors of Hoplite Entertainment, Inc., a California corporation (the "**Company**"), acting by written consent without a meeting pursuant to Section 307(b) of the California General Corporation Law, do hereby consent to the adoption of the following resolutions:

Reinstatement of Jonathan Lee Smith

**RESOLVED**, Jonathan Lee Smith is hereby reinstated as president of the Company effective immediately.

Bankruptcy Petition

**FURTHER RESOLVED**, the Board members authorize Jonathan Lee Smith as president of the Company to immediately initiate bankruptcy proceedings on behalf of the Company in consultation with the Board.

IN WITNESS WHEREOF, the undersigned have signed this Action by the Board of Directors of Hoplite Entertainment, Inc.

Dated: March 29, 2021

By: _____  By: _____
    Pedro Ferré                  Robert Lee

By: _____
    Gregory Senner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11500 West Olympic Boulevard, Suite 400, Los Angeles, California 90064-1525.

A true and correct copy of the foregoing document described as 1. STATEMENT OF RELATED CASES 2. CORPORATE OWNERSHIP STATEMENT 3. CORPORATE RESOLUTION AUTHORIZING FILING will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 1, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard T Baum    rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com
Andrew W. Levin (TR)    andy@levindrs.com, alevin@ecf.axosfs.com
Kelly L Morrison    kelly.l.morrison@usdoj.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov

☐   Service information continued on attached page

II. <u>SERVED BY U.S. MAIL</u>):
On April 1, 2021 , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Judge _____, Suite _____, 255 East Temple Street, Los Angeles, California 90012

☐   Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 9 2019 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 1, 2021 | RICHARD T. BAUM | /s/ Richard T. Baum |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                          F 9013-3.1