| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Richard Baum**<br><br>**11500 W Olympic Blvd Ste 400**<br>**Los Angeles, CA 90064-1525**<br>**(310) 277-2040 Fax: (310) 286-9525**<br>California State Bar Number: **80889** | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor* | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION | |
|---|---|
| In re:<br><br>**Hoplite Entertainment, Inc.**<br><br><br><br>Debtor(s). | CASE NO.: **2:21-bk-12546**<br>CHAPTER: **11**<br><br>*AMENDED*<br>VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 13, 2021** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **April 13, 2021** _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

Hoplite Entertainment Inc
506 N Croft Ave
Los Angeles, CA  90048-2511


Law Offices of Richard T Baum
11500 W Olympic Blvd Ste 400
Los Angeles, CA  90064-1525

Bay Point Advisors
3050 Peachtree Rd NW Ste 740
Atlanta, GA  30305-2212


Columbia Bank
1301 A St
Tacoma, WA  98402-4200


VBG 6725 Sunset LLC
Vanbarton Group LLC
100 Montgomery St Ste 1420
San Francisco, CA  94104-4317