

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:   Hoplite Entertainment, Inc., Debtor. | Case No.:  2:21-bk-12546-ER<br>Chapter:  11<br><br>**ORDER VACATING SUBCHAPTER V SCHEDULING ORDER** |

    On March 30, 2021, Debtor and Debtor-in-Possession Hoplite Entertainment, Inc. (the "Debtor") filed its voluntary chapter 11 petition, electing to proceed under Subchapter V. Doc. No. 1. On March 31, 2021, the Court issued a Scheduling Order (the "Scheduling Order"), setting an initial Subchapter V status conference for May 26, 2021 at 10:00 a.m. On April 13, 2021, the Debtor filed an Addendum Eliminating Subchapter V Election (the "Addendum"). Doc. No. 19.

    In light of the Debtor's Addendum, is it **HEREBY ORDERED**:

1) The Debtor's initial status conference scheduled for May 26, 2021 at 10:00 a.m. is **VACATED**.

2) All other dates in the Scheduling Order are **VACATED**.

**IT IS SO ORDERED.**

###

Date: April 14, 2021

Ernest M. Robles
United States Bankruptcy Judge