| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Guess (SBN 238241)<br>GREENBERG TRAURIG, LLP<br>18565 Jamboree Road, Suite 500<br>Irvine, CA 92612<br>Telephone: 949-732-6500<br>Facsimile: 949-732-6501<br>Email: guessd@gtlaw.com<br><br>☒ *Attorney for*: Creditor XXIII Capital Limited | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**APR 19 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

**CHANGES MADE BY COURT**

| In re:<br><br>HOPLITE ENTERTAINMENT, INC.,<br><br>                                                Debtor. | CASE NO.: 2:21-bk-12546-ER<br>CHAPTER: 11<br><br>**ORDER ON APPLICATION OF<br>NON-RESIDENT ATTORNEY ARI NEWMAN<br>TO APPEAR IN A SPECIFIC CASE<br>[LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |
|---|---|

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  **Ari Newman** (applicant paid the requisite fee to the United States District Court on April 12, 2021, *see* Doc. No. 25)

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016                                                                                                              F 2090-1.2.ORDER.NONRES.ATTY

###

Date: April 19, 2021

*[signature: Ernest M. Robles]*

Ernest M. Robles
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2016*      **F 2090-1.2.ORDER.NONRES.ATTY**