| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>EVE H. KARASIK (State Bar No. 155356)<br>PHILIP A. GASTEIER (SBN 130043)<br>LEVENE, NEALE, BENDER, YOO<br>& BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: ehk@lnbyb.com; pag@lnbyb.com<br><br><br><br>*Attorney for:* Kyle Anderson | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** <u>LOS ANGELES DIVISION</u> **DIVISION** ▼

| In re:<br>Hoplite Entertainment, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 2:21-bk-12546-ER<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 7   ▼ |
|---|---|
| <br><br>vs.<br><br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   KYLE ANDERSON

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   KYLE ANDERSON
   6294 Lakewood St.
   San Diego, CA 92122
   (206) 387-5018

3. New attorney hereby appears in the following matters:    ☒ the bankruptcy case    ☐ the adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                                                 Page 1                                                       F 2091-1.SUBSTITUTION.ATTY

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:
    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.; EVE H. KARASIK; PHILIP A. GASTEIER

Date: 7.3.21

*/s/ Kyle Anderson*

Signature of party
KYLE ANDERSON
Printed name of party

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *third* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *third* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 06/29/2021

*/s/ Philip A. Gasteier*

Signature of present attorney
PHILIP A. GASTEIER/LNBYB
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 7.3.21

*/s/ Kyle Anderson*

Signature of new attorney
KYLE ANDERSON/PRO SE
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **Substitution of Attorney** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 6, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **July 6, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kyle Anderson
6294 Lakewood Street
San Diego, CA 92122

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 6, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 6, 2021** | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

Richard T Baum on behalf of Debtor Hoplite Entertainment, Inc.
rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com

Tanya Behnam on behalf of Creditor Columbia State Bank
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Luke N Eaton on behalf of Creditor Bay Point Capital Partners II, LP
eatonl@pepperlaw.com, jacqueline.sims@troutman.com

Philip A Gasteier on behalf of Interested Party Courtesy NEF
pag@lnbrb.com

David M. Guess on behalf of Creditor XXIII Capital Limited
guessd@gtlaw.com

Eve H Karasik on behalf of Creditor Kyle Anderson
ehk@lnbyb.com

Mark J Markus on behalf of Creditor Bo Di, Inc.
bklawr@bklaw.com, markjmarkus@gmail.com

Kevin P Montee on behalf of Creditor VBG 6725 Sunset LLC
kmontee@monteefirm.com

Kelly L Morrison on behalf of U.S. Trustee United States Trustee (LA)
kelly.l.morrison@usdoj.gov

Aditi Paranjpye on behalf of Creditor One Light Media Capital, LLC
aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com

Faye C Rasch on behalf of Interested Party Courtesy NEF
frasch@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Edward M Wolkowitz (TR)
emwtrustee@lnbyb.com, ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov,kelly.l.morrison@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                         F 9013-3.1.PROOF.SERVICE