United States Bankruptcy Court

Central District of California

In re:  Case No. 21-12546-ER

Hoplite Entertainment, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: ntcpdiv | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Hoplite Entertainment, Inc., 506 North Croft Avenue, Los Angeles, CA 90048-2511 |
| aty | + | Ari Newman, Greenberg Traurig PA, 333 SE 2nd Ave Ste 4400, Miami, FL 33131-3238 |
| aty | + | Richard T Baum, 11500 West Olympic Boulevard, Suite 400, Los Angeles, Los Angeles, CA 90064 UNITED STATES 90064-1525 |
| cr | + | Bo Di, Inc., Century Law Firm, PLLC, 2155 112th Avenue NE, Bellevue, WA 98004-2912 |
| cr | | Columbia State Bank, c/o 2049 Century Park East, Suite 2900, Suite 2900, Los Angeles, CA 90067 |
| cr | + | VBG 6725 Sunset LLC, c/o Montee Law Firm, APC, 1250-I Newell Ave., Suite 149, Walnut Creek, CA 94596 US 94596-5305 |
| 40719978 | | 23 Capital, 19-20 Berners Street, London W1T 3NW, United Kingdom |
| 40719976 | | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40818325 | + | Bay Point Capital Partners II, LP, 3050 Peachtree Rd, Suite 740, Atlanta, GA 30305-2212 |
| 40719977 | | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |
| 40745434 | + | Columbia State Bank, P. O. Box 2156; MS 6115, Tacoma, WA 98401-2156 |
| 40881314 | + | Howard M. Ehrenberg, Ch 7 Tr for, the BK estate of Jonathan Lee Smith, USBC Case No. 2-21-bk-12542-BR, 333 South Grand Ave, Ste 3400, Los Angeles, CA 90071-1538 |
| 40819482 | + | Kyle Anderson, 6294 Lakewood Street, San Diego, CA 92122-3944 |
| 40819923 | + | OZE Lending 1, LLC, Moritt Hock & Hamroff LLP, Att: Ted Berk, 1407 Broadway, 39th Floor, New York, NY 10018-5100 |
| 40798905 | + | Richard Peterson, 13420 NE 83rd Street, Seattle, WA 98052-1948 |
| 40739356 | | VBG 6725 Sunset LLC, Vanbarton Group LLC, 100 Montgomery St Ste 1420, San Francisco, CA 94104-4317 |
| 40819027 | + | XXIII Capital Limited, c/o Greenberg Traurig (Attn: Ari Newman), 333 SE 2nd Avenue, Miami, FL 33131-2176 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Aug 18 2021 04:53:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 18 2021 04:53:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 18 2021 00:49:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 40771853 | + | EDI: IRS.COM | Aug 18 2021 04:53:00 | Internal Revenue Service, Attn. Insolvency, 24000 Avila Road, Mail Stop 5503, Laguna Niguel, CA 92677-3407 |
| 40749517 | + | EDI: WFFC.COM | Aug 18 2021 04:53:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: ntcpdiv | Total Noticed: 22 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bay Point Capital Partners II, LP, c/o Troutman Pepper Hamilton Sanders LLP, 350 S Grand Avenue, Suite 3400, Los Angeles |
| intp | | Courtesy NEF |
| cr | | Kyle Anderson |
| cr | | One Light Media Capital, LLC |
| cr | | XXIII Capital Limited |
| 40739354 | * | Bay Point Advisors, 3050 Peachtree Rd NW Ste 740, Atlanta, GA 30305-2212 |
| 40739355 | * | Columbia Bank, 1301 A St, Tacoma, WA 98402-4200 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021                                          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aditi Paranjpye | on behalf of Creditor One Light Media Capital LLC aparanjpye@cairncross.com, gglosser@cairncross.com;AParanjpye@ecf.courtdrive.com |
| David M. Guess | on behalf of Creditor XXIII Capital Limited guessd@gtlaw.com |
| Edward M Wolkowitz (TR) | emwtrustee@lnbyb.com ewolkowitz@iq7technology.com;ecf.alert+Wolkowitz@titlexi.com |
| Faye C Rasch | on behalf of Interested Party Courtesy NEF frasch@wgllp.com kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com |
| Hatty K Yip | on behalf of U.S. Trustee United States Trustee (LA) hatty.yip@usdoj.gov hatty.k.yip@usdoj.gov,noreen.madoyan@usdoj.gov |
| Kelly L Morrison | on behalf of U.S. Trustee United States Trustee (LA) kelly.l.morrison@usdoj.gov |
| Kevin P Montee | on behalf of Creditor VBG 6725 Sunset LLC kmontee@monteefirm.com |
| Luke N Eaton | on behalf of Creditor Bay Point Capital Partners II LP eatonl@pepperlaw.com, jacqueline.sims@troutman.com |
| Mark J Markus | on behalf of Creditor Bo Di Inc. bklawr@bklaw.com, markjmarkus@gmail.com |
| Philip A Gasteier | on behalf of Interested Party Courtesy NEF pag@lnbrb.com |
| Richard T Baum | on behalf of Debtor Hoplite Entertainment Inc. rickbaum@hotmail.com, rickbaum@ecf.inforuptcy.com |
| Tanya Behnam | on behalf of Creditor Columbia State Bank tbehnam@polsinelli.com tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com |
| United States Trustee (LA) | |

District/off: 0973-2 User: admin Page 3 of 3
Date Rcvd: Aug 17, 2021 Form ID: ntcpdiv Total Noticed: 22

ustpregion16.la.ecf@usdoj.gov

TOTAL: 13

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Hoplite Entertainment, Inc.
**SSN:** N/A
**EIN:** 46−3872265

506 North Croft Avenue
Los Angeles, CA 90048

**BANKRUPTCY NO.** 2:21−bk−12546−ER
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before November 22, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: August 17, 2021

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**49 / EW**